384 A.2d 987

Commonwealth v. Llewellyn, Appellant.

Argued November 23, 1977.   Harvey W. Daniels, for appellant;  John Lee Brown, Jr., Assistant District Attorney, with him Joseph S. Walko, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.